# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FT. LAUDERDALE DIVISON

REGIONS BANK

      Plaintiff,

vs.

M/V INDEPENDENCE, her engines, tackle,
apparel, appurtenances, etc., having Official
No. 513396, *in rem*, and JOHN L.
MACDONALD, *in personam.*

      Defendants.

_____/

CASE NO.

IN ADMIRALTY

## VERIFIED COMPLAINT TO FORECLOSE A FIRST
## PREFERRED SHIP MORTGAGE AND FOR DAMAGES

Plaintiff, REGIONS BANK, sues the M/V INDEPENDENCE, her engines, tackle,

apparel, appurtenances, etc., having Official No. 513396, *in rem*, (the "Defendant Vessel"), and

JOHN L. MACDONALD, *in personam*, in a cause of enforcement of a note and mortgage.

## JURISDICTION AND VENUE

1.      Counts I and II of the complaint arise under the Ship's Mortgage Foreclosure Act,

46 U.S.C. § 31325. Accordingly, the Court has subject matter jurisdiction of this action pursuant

to 28 U.S.C. § 1333.

2.      The claims herein are admiralty and maritime claims within the meaning of Rule

9(h) of the Federal Rules of Civil Procedure.

3.      Jurisdiction in the Southern District of Florida, Ft. Lauderdale Division, is proper

because Defendant has operated the Defendant Vessel within the district and the Defendant

Vessel is presently located within the district.

## PARTIES

4.     Plaintiff, Regions Bank, is an Alabama chartered commercial bank that is a member of the Federal Reserve System, and is authorized to do business within the State of Florida.

5.     The Defendant Vessel is and was a vessel documented under the laws of the United States in the name of Defendant, JOHN L. MACDONALD.  The Defendant Vessel is a 1968 Burger 72' motor yacht, named the M/V INDEPENDENCE and having Hull ID No. 215C and Official No. 513396.

6.     At all times material to the verified complaint, Defendant, JOHN L. MACDONALD, is and was a resident of the State of Florida.

## FACTUAL ALLEGATIONS

7.     On or about January 14, 2005, JOHN L. MACDONALD executed and delivered to REGIONS BANK a note in the principal amount of $850,000.00 (the "Note").  A true and correct copy of the Note is attached hereto and incorporated herein as Exhibit "A".

8.     On or about January 14, 2005, JOHN L. MACDONALD executed and delivered to REGIONS BANK a First Preferred Ship Mortgage (the "Mortgage"), which was recorded with the U.S. Coast Guard Documentation Office, National Vessel Documentation Center.  A true and correct copy of the Mortgage is attached hereto and incorporated herein as Exhibit "B".

9.     On or about November 10, 2005, JOHN L. MACDONALD executed and delivered to REGIONS BANK a Notice of Future Advance Under First Preferred Ship Mortgage in the principal amount of $239,000.00 (the "Future Advance Note") which was recorded with

the U.S. Coast Guard Documentation Office, National Vessel Documentation Center.  A true and correct copy of the Future Advance Note is attached hereto and incorporated herein as Exhibit "C".

10.     On or about April 28, 2008, JOHN L. MACDONALD executed and delivered to REGIONS BANK a Consolidation and Renewal Note in the principal amount of $1,051,324.21 (the "Consolidation Note") which consolidated the outstanding principal balance of $812,572.53 due on the Note and the outstanding principal balance of $238,751.68 due on the Future Advance Note.  A true and correct copy of the Consolidation Note is attached hereto and incorporated herein as Exhibit "D".

11.     On or about April 28, 2008, JOHN L. MACDONALD executed and delivered to REGIONS BANK a Second Amendment to the First Preferred Ship Mortgage securing the Consolidation Note in the principal amount of $1,051,324.21 (the "Mortgage Amendment") which was recorded with the U.S. Coast Guard Documentation Office, National Vessel Documentation Center.  A true and correct copy of the Mortgage Amendment is attached hereto and incorporated herein as Exhibit "E".

12.     On or about December 15, 2008, L. MACDONALD executed and delivered to REGIONS BANK a Promissory Note continuing, modifying and amending the Consolidation Note in the principal amount of $1,012,580.51 ("Amended Consolidation Note").  A true and correct copy of the Amended Consolidation Note is attached hereto and incorporated herein as Exhibit "F".

13.     REGIONS BANK presently owns and holds the Mortgage, Consolidation Note, and Amended Consolidation Note.

## COUNT I

## MORTGAGE FORECLOSURE AGAINST M/V INDEPENDENCE

14.     Plaintiff realleges paragraphs 1 through 13 above.

15.     Defendant, JOHN L. MACDONALD, defaulted on the terms of the Mortgage in failing to make payments pursuant to the terms and conditions of the Consolidation Note and Amended Consolidation Note.

16.     REGIONS BANK has elected under the terms of the Mortgage to accelerate the remaining balance and to declare said amount due and payable in full.

17.     REGIONS BANK has satisfied all conditions precedent to bringing this suit.

18.     REGIONS BANK is entitled to the remaining principal balance of $ $1,012,145.22, plus interest to be determined, late charges, amounts due for attorneys' fees, reasonable court costs, repossession costs and any and all other costs relating to this foreclosure action all pursuant to the Mortgage.

19.     REGIONS BANK is obligated to pay its attorneys, Carlton Fields, P.A., a reasonable fee.

## COUNT II

## ENFORCEMENT OF MORTGAGE AGAINST
## DEFENDANT JOHN L. MACDONALD

20.     Plaintiff realleges paragraphs 1 through 12 above.

17039610.1                                    4

21.     Defendant, JOHN L. MACDONALD, defaulted on the terms of the Mortgage in failing to make payments pursuant to the terms and conditions of the Consolidation Note and Amended Consolidation Note.

22.     REGIONS BANK has elected under the terms of the Mortgage to accelerate the remaining balance and to declare said amount due and payable in full.

23.     REGIONS BANK has complied with all conditions precedent to bring this action.

24.     REGIONS BANK is entitled to the remaining principal balance of $ $1,012,145.22, plus interest to be determined, late charges, amounts due for attorneys' fees, reasonable court costs, repossession costs and any and all other costs relating to this foreclosure action all pursuant to the Mortgage.

25.     REGIONS BANK is obligated to pay its attorneys, Carlton Fields, P.A., a reasonable fee.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, REGIONS BANK, prays that the Court enter judgment as follows:

A.     With respect to Count I, Plaintiff prays for a judgment against the M/V INDEPENDENCE, her engines, tackle, apparel, appurtenances, etc., for foreclosure of the Mortgage; and further that the Defendant Vessel be sold as provided by law, free and clear of its liens, with the proceeds of said sale first applied to the costs of this action, costs of repossession and attorneys' fees, and then to the principal and interest balance due on the Mortgage;

B.     With respect to Count II, Plaintiff prays for a judgment against Defendant, JOHN

L. MACDONALD, for all amounts due under the Mortgage, including but not limited to,

outstanding principal, interest, late charges, court costs, reasonable attorneys' fees, and any and

all costs relating to the foreclosure and repossession and default on the Mortgage, including but

not limited to a deficiency judgment as enumerated under 46 U.S.C. § 31325(b)(2), and any

other such further relief that this Court deems just and proper.


DATED this 23 day of June 2010.

CARLTON FIELDS, P.A.

By _____

Steven Brodie, Esquire
100 S.E. Second Street, Suite 4200
Miami, Florida 33131-2114
Phone: 305.530.0050
Fax:  305.530.0055
E-Mail: sbrodie@carltonfields.com
Attorneys for Plaintiff

Michael Zuppa, Esquire
4221 West Boy Scout Boulevard, Suite 1000
Tampa, Florida 33607
Phone: 813.229.4274
Fax: 813.229.4133
E-Mail: mzuppa@carltonfields.com

Attorneys for Plaintiff

## <u>VERIFICATION</u>

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared John C. Baldwin, Executive Vice President, Special Assets Department, Regions Bank, who was duly sworn and says that he has read the foregoing Verified Complaint filed in this case and is familiar with its contents, which are true to the best of his knowledge information and belief.



John C. Baldwin

SWORN TO AND SUBSCRIBED before me this 21ST day of June, 2010, by

Signature of Notary Public, State of Florida

Print, Typed or Stamped Commissioned Name of Notary Public

Personally Known___X____

Produced Identification_____

Type of Identification Produced:

GLENDA R. CHAPMAN
MY COMMISSION # DD 661604
EXPIRES: May 9, 2011